1   ATTORNEYS LISTED ON SIGNATURE PAGE

2

3                    UNITED STATES DISTRICT COURT

4           FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                         OAKLAND DIVISION

6   SEGA OF AMERICA DREAMCAST, INC.   )
    a California corporation, and SEGA       )   Case No. CV 03-05468 SBA
7   CORPORATION, a Japanese corporation,     )
                                              )   STIPULATION AND ORDER OF
8                   Plaintiffs,               )   DISMISSAL
                                              )
9                                             )
         v.                                   )
10                                            )
    FOX INTERACTIVE, a Unit of FOX           )
11  FILMED ENTERTAINMENT; FOX                )
    FILMED ENTERTAINMENT, a Division of      )
12  FOX ENTERTAINMENT GROUP, INC., a         )
    Delaware corporation, doing business as  )
13  FOX INTERACTIVE; FOX                     )
    ENTERTAINMENT, INC., a Delaware          )
14  corporation; FOX INTERACTIVE, INC., a    )
    Delaware corporation; RADICAL GAMES      )
15  LTD., a Canadian corporation, doing      )
    business as RADICAL ENTERTAINMENT,       )
16  INC.; and ELECTRONIC ARTS, INC., a       )
    Delaware corporation;                    )
17                                            )
                                              )
18                  Defendants                )
                                              )
19                                            )
                                              )
20                                            )
                                              )
21                                            )
                                              )
22                                            )
    _____       )
23

24          The parties have entered into a Settlement Agreement to resolve their differences and have

25  agreed to the dismissal of this action with prejudice, as set forth in the Settlement Agreement.

26

27

28

1    Accordingly, the parties hereby stipulate, through their respective counsel, that this action

2    and all claims asserted therein be dismissed, with prejudice.   Each party is to bear its own costs,

3    attorneys' fees and expenses related to this action, with the sole exception that Fox Entertainment

4    Group, Inc. and Fox Interactive, Inc. reserve all rights to seek recovery of their attorneys' fees

5    and expenses from Radical Games Ltd. and Radical Entertainment, Inc.

6

7                                                    Respectfully submitted,

8    Dated:   October 12, 2004              SEED IP LAW GROUP PLLC

9                                                    /s/
                                                    _____
10                                                   William O. Ferron, Jr., a*dmitted pro hac vice*
                                                    David V. Carlson, a*dmitted pro hac vice*

11                                                   GRAY CARY WARE & FREIDENRICH LLP
                                                    Ronald L. Yin
12                                                   Mark Fowler

13                                                   Attorneys for Plaintiffs SEGA OF AMERICA, INC.
                                                    and SEGA CORPORATION

14   Dated:   October 12, 2004

15                                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

16                                                   /s/
                                                    _____
17                                                   Thomas H. Zellerbach, Bar no. 154557
                                                    William L. Anthony, Jr., Bar. no. 106,908
18                                                   Rory G. Bens, Bar no. 201,674

19                                                   Attorneys for Defendants RADICAL GAMES, LTD.
                                                    and RADICAL ENTERTAINMENT, INC.

20   Dated:   October 12, 2004              WEIL, GOTSHAL & MANGES LLP

21

22                                                   /s/
                                                    _____
                                                    Steven J. Rizzi, a*dmitted pro hac vice*
23                                                   Richard A. Simon, a*dmitted pro hac vice*
                                                    Sarkis Beudjekian, bar no. 173922

24                                                   Attorneys for Defendants
                                                    FOX ENTERTAINMENT GROUP, INC., FOX
25                                                   INTERACTIVE, INC. and ELECTRONICS ARTS INC.

26

27

28

1

**ORDER**

2

IT IS SO ORDERED.

3

4

DATED October 12, 2004.

5

6

s/SAUNDRA BROWN ARMSTRONG

Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATION

2

3          I, Thomas H. Zellerbach, am the ECF User whose identification and password are

4

being used to file this Stipulation and [Proposed] Order of Dismissal.   In compliance with

5

General Order 45.X.B., I hereby attest that William O. Ferron, Jr. , David V. Carlson, Ronald L.

6

Yin, Mark Fowler, Steven J. Rizzi, Richard A. Simon, and Sarkis Beudjekian.

7

8

9  Dated:   October 12, 2004

ORRICK, HERRINGTON & SUTCLIFFE LLP

10

                                    /s/
11                                    _____
Thomas H. Zellerbach, Bar No. 154557
William L. Anthony, Jr., Bar. No. 106908
12                                    Rory G. Bens, Bar No. 201674

13                                    Attorneys for Defendants RADICAL GAMES, LTD.
and RADICAL ENTERTAINMENT, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28