1 | ATTORNEYS LISTED ON SIGNATURE PAGE

2

UNITED STATES DISTRICT COURT

3

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

OAKLAND DIVISION

5

6 | SEGA OF AMERICA DREAMCAST, INC. )
a California corporation, and SEGA )   Case No. CV 03-05468 SBA
7 | CORPORATION, a Japanese corporation, )
)
8 |                          Plaintiffs, )   STIPULATION AND ORDER OF
)   DISMISSAL
9 |                                      )
                              v.         )
10 |                                     )
FOX INTERACTIVE, a Unit of FOX          )
11 | FILMED ENTERTAINMENT; FOX           )
FILMED ENTERTAINMENT, a Division of )
12 | FOX ENTERTAINMENT GROUP, INC., a    )
Delaware corporation, doing business as )
13 | FOX INTERACTIVE; FOX                )
ENTERTAINMENT, INC., a Delaware         )
14 | corporation; FOX INTERACTIVE, INC., a )
Delaware corporation; RADICAL GAMES     )
15 | LTD., a Canadian corporation, doing  )
business as RADICAL ENTERTAINMENT, )
16 | INC.; and ELECTRONIC ARTS, INC., a   )
Delaware corporation;                   )
17 |                                     )
                              Defendants )
18 |                                     )
                                        )
19 |                                     )
                                        )
20 |                                     )
                                        )
21 |                                     )
                                        )
22 |                                     )

23

24 |         The parties have entered into a Settlement Agreement to resolve their differences and have

25 | agreed to the dismissal of this action with prejudice, as set forth in the Settlement Agreement.

26

27

28

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL
CV 03-05468 SBA

1    Accordingly, the parties hereby stipulate, through their respective counsel, that this action

2    and all claims asserted therein be dismissed, with prejudice.   Each party is to bear its own costs,

3    attorneys' fees and expenses related to this action, with the sole exception that Fox Entertainment

4    Group, Inc. and Fox Interactive, Inc. reserve all rights to seek recovery of their attorneys' fees

5    and expenses from Radical Games Ltd. and Radical Entertainment, Inc.

6                                              Respectfully submitted,

7

8    Dated:   October 12, 2004          SEED IP LAW GROUP PLLC

9                                              /s/
                                              _____
                                              William O. Ferron, Jr., admitted pro hac vice
10                                             David V. Carlson, admitted pro hac vice

11                                            GRAY CARY WARE & FREIDENRICH LLP
                                              Ronald L. Yin
12                                             Mark Fowler

13                                            Attorneys for Plaintiffs SEGA OF AMERICA, INC.
                                              and SEGA CORPORATION
14
     Dated:   October 12, 2004
15                                             ORRICK, HERRINGTON & SUTCLIFFE LLP

16                                             /s/
                                              _____
                                              Thomas H. Zellerbach, Bar no. 154557
17                                             William L. Anthony, Jr., Bar. no. 106,908
                                              Rory G. Bens, Bar no. 201,674
18
                                              Attorneys for Defendants RADICAL GAMES, LTD.
19                                             and RADICAL ENTERTAINMENT, INC.

20   Dated:   October 12, 2004          WEIL, GOTSHAL & MANGES LLP

21                                             /s/
22                                             _____
                                              Steven J. Rizzi, admitted pro hac vice
                                              Richard A. Simon, admitted pro hac vice
23                                             Sarkis Beudjekian, bar no. 173922

24                                            Attorneys for Defendants
                                              FOX ENTERTAINMENT GROUP, INC., FOX
25                                             INTERACTIVE, INC. and ELECTRONICS ARTS INC.

26

27

28

DOCSSV1:282718.1                          - 2 -                    STIPULATION AND [PROPOSED] ORDER OF
                                                                   DISMISSAL
                                                                   CV 03-05468 SBA

**<u>ORDER</u>**

IT IS SO ORDERED.


DATED October 12, 2004.


<u>s/SAUNDRA BROWN ARMSTRONG</u>
Judge of the United States District Court

1

## **CERTIFICATION**

2

3

I, Thomas H. Zellerbach, am the ECF User whose identification and password are

4

being used to file this Stipulation and [Proposed] Order of Dismissal.   In compliance with

5

General Order 45.X.B., I hereby attest that William O. Ferron, Jr. , David V. Carlson, Ronald L.

6

7
Yin, Mark Fowler, Steven J. Rizzi, Richard A. Simon, and Sarkis Beudjekian.

8

9
Dated:   October 12, 2004

ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11
/s/
_____
Thomas H. Zellerbach, Bar No. 154557
William L. Anthony, Jr., Bar. No. 106908

12
Rory G. Bens, Bar No. 201674

13
Attorneys for Defendants RADICAL GAMES, LTD.
and RADICAL ENTERTAINMENT, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL
CV 03-05468 SBA